```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

Nathan Amsden

    v.                                    Civil No. 12-cv-468-LM

The Home Depot, Inc.


**NOTICE OF RULING**

    Re:  Document No. 17, Motion to Compel; Document No. 20, Motion to Compel,

    Ruling: Citibank's motion to compel arbitration (document no. 17) is GRANTED.  Plaintiff objects to Home Depot's motion to compel arbitration but offers no legal argument in support of its objection, only a denial that Home Depot is connected with Citibank.  Because plaintiff's objection is not supported by legal argument, and in light of Count V of plaintiff's First Amended Complaint, which asserts a claim for joint venture liability against both Citibank and Home Depot, Home Depot's motion to compel arbitration (document no. 20) is also GRANTED.


Date: May 6, 2013

                                                    _____
                                                    Landya McCafferty
                                                    United States Magistrate Judge

cc: Terrie L. Harman, Esq.
    Robert J. Meagher, Esq.
    Jason A. Manekas, Esq.