UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

Nathan Amsden

    v.                                                  Civil No. 12-cv-468-LM

The Home Depot, Inc., et al.

**O R D E R**

In accordance with the court's order granting the defendants' motions to compel arbitration (doc. no. 24), the case is stayed. The Clerk shall administratively close the case, subject to reopening at the request of any party, as appropriate, following arbitration.

SO ORDERED.

_____
Landya McCafferty
United States Magistrate Judge

May 6, 2013

cc:   Terrie L. Harman, Esq.
       Robert J. Meagher, Esq.
       Jason A. Manekas, Esq.